**E-Filed 7/23/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JASON SUBLET,<br><br>               Defendant. | Case Number CR 05-443 JF (HRL)<br><br>ORDER REQUESTING RESPONSE FROM UNITED STATES |

      In July, 2006, this Court entered judgment against Defendant pursuant to a plea agreement and sentenced him to eighty-four months imprisonment. Subsequently, Defendant was charged with violations of state law; the Santa Clara Superior Court entered judgment against Defendant on those charges pursuant to a plea agreement, and sentenced him to three years imprisonment. It is clear from the transcript of the state court proceeding that the trial judge intended the three year term of imprisonment arising from the state conviction to run concurrently with the eighty-four month term of imprisonment arising from the federal conviction. However, following Defendant's transfer from the California Department of Corrections to the Federal Bureau of Prisons ("BOP"), it became clear that the BOP was treating the federal term of imprisonment as consecutive to the state term of imprisonment.

1      Defendant has written a letter to the Court, requesting review of his sentence. The BOP
2 has responded with a letter of its own, requesting guidance from this Court as to whether the
3 BOP should grant a retroactive concurrent designation in Defendant's case.
4      The United States is directed to file a brief setting forth its position. Such brief shall be
5 filed on or before August 22, 2008.
6      IT IS SO ORDERED.

DATED: 7/23/08

_____
JEREMY FOGEL
United States District Judge

1  Copies of this Order were served on the following parties:

2

3  Matthew Shaw Harris mharris@da.co.santa-clara.ca.us

4  David C Johnson tennischaz@yahoo.com

5

6  Office of the United States Attorney
   280 S. First Street, Room 371
7  San Jose, CA 95113

8  Jason Guy-Mayo Sublet (10304-111)
   Federal Correctional Institution
9  PO Box 800
   Herlong, CA 96113

10
   Federal Bureau of Prisons
11 Designation and Sentence Computation Center
   Grand Prairie, TX 75051

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. CR 05-443 JF (HRL)
ORDER REQUESTING RESPONSE FROM UNITED STATES
(JFLC2)